# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

Case No. 3:11-cv-30216-MAP
Case No. 1:19-cv-10321-DJC
Case No. 3:19-cv-30023-DJC
Case No. 3:19-cv-30028-DJC
Case No. 3:19-cv-30030-DJC
Case No. 3:19-cv-30029-MGM
Case No. 1:19-cv-11379-DJC
Case No. 3:20-cv-30026-LTS
Case No. 3:20-cv-30047-LTS
Case No. 3:20-cv-30060-LTS
Case No. 1:21-cv-10754-MGM

_____

R. Susan Woods,

Plaintiff/Appellant

v.

Alina's Real Estate, LLC, *et al.*

Defendant/Appellees

_____

## Motion to Exempt Filer from Electronic Public Access Fees

Now comes R. Susan Woods who hereby requests exemption from Electronic Public Access fees in accordance with Judicial Conference Policy.

This request is made by Ms. Woods, who is *pro se*, and who is indigent, in order to avoid unreasonable burdens and to promote public access to information. Please see f*orma pauperis*, most recently filed on 5/12/2021, case no. 1:21-cv-10754. Woods' circumstances have not improved.

Although several of the above captioned cases have been long closed, all of the cases are associated and/or related to ongoing matters, for which documents may need to be retrieved for reference and/or resubmission, which are materially relevant to the current cases. Each of the listed cases concern the foreclosure sales of two properties owned by Ms. Woods which share a very similar nexus of facts and concern issues of voidness.

Ms. Woods hereby certifies that she will not sell the data she receives through an exemption. This request is limited in scope for the the calendar year, January 1, 2022 through December 31, 2022, at which time further motion may be made for renewal as necessary.

This request satisfies the requirements as enumerated in the Electronic Public Access Fee Schedule, published on December 31, 2019, effective January 1, 2020, in accordance with 28 U.S.C. §§ 1913, 1914, 1926, 1930, 1932.

Wherefore, Petitioner Woods begs this Court to ALLOW this requested exemption from EPA fees through December 31, 2022, at which time a renewal of the exemption may be requested by further motion.

                                Respectfully Submitted,

December 24, 2021,                   _____

                                R. Susan Woods, *pro se*, until further notice
                                P.O. Box 160, Hadley, MA 01035-0160
                                rsusanwoods@gmail.com
                                413/883-1414

## Certificate of Service

      I, R. Susan Woods, hereby certify that I served a copy of this document to all parties to this action, or their counsel, by electronic mail on this 24th day of December 2021.

                                                              R. Susan Woods, *pro se*
                                                              rsusanwoods@gmail.com

Alina's Real Estate, LLC and
It's Managers Amaya and Branche
By Their Attorneys
Steven Weiss and Mark Esposito
Shatz, Schwartz, and Fentin, P.C.
SWeiss@ssfpc.com
mesposito@ssfpc.com

Joseph B. Collins, Chapter 7 Trustee
And as Defendant/Appellee Individually
jbc@fitzgeraldattorneysatlaw.com

Richard King, U. S. Trustee
richard.t.king@usdoj.gov

Wells Fargo Bank, N. A. as Trustee
jeffrey.ankrom@lockelord.com

Andrea O'Connor, Esq.
amo@fitzgeraldattorneysatlaw.com

Goldman Sachs Mortgage Company
mpratt@kordeassociates.com

Wells Fargo Bank, N. A. In It's
Individual Capacity
mdelinks@hinshawlaw.com
vdoble@hinshawlaw.com
mmckelvey@hinshawlaw.com
pchambers@watttieder.com
ccornetta@cornettababine.com
jshakun@houser-law.com